No. 210. LA SALLE CEMENT CO. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE; and

No. 211. ALPHA PORTLAND CEMENT CO. *v.* SAME. October 17, 1932. Petition for writs of certiorari to the Cir-

cuit Court of Appeals for the Seventh Circuit denied. *Mr. Louis H. Porter* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and Messrs. *Sewall Key, John H. McEvers, Paul D. Miller,* and *Wm. H. Riley, Jr.,* for respondent.